UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAM K. HOWELL and HEIDI HOWELL,<br><br>            Plaintiffs,<br><br>    v.<br><br>THE GRADALL COMPANY, et al.,<br><br>            Defendants. | NO: 13-CV-0352-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion for Order of Dismissal (ECF No. 58). Pursuant to the parties' stipulation, the Court will dismiss this case with prejudice and without costs, expenses or attorney's fees to any party. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). The Court has previously established a trust, that remains effective.

///

///

///

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**IT IS HEREBY ORDERED:**

1. The parties' Stipulated Joint Motion for Order of Dismissal with Prejudice (ECF No. 58) is **GRANTED**.

2. Defendants' Motion for Partial Summary Judgment (ECF No. 47) is **DENIED** as moot.

All claims and causes of action in this matter are **DISMISSED** with prejudice and without costs, expenses, or fees to any party.  The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** December 23, 2014.

THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2